FILED

04/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0442

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0442

_____

WILLIAM SCOTT ROGERS, individually
and on behalf of all other similarly situated,

      Plaintiffs and Appellees,

   v.

LEWIS & CLARK COUNTY,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher D. Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2022